Joseph D. Young, #024027
jyoung@apachelaw.net
Celeste M. Robertson, #035588
crobertson@apachelaw.net
**APACHE COUNTY ATTORNEY'S OFFICE**
P.O. Box 637
St. Johns, AZ  85936
(928) 337-7560

*Attorneys for Defendant Larry Noble, in his official capacity*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MI FAMILIA VOTA, *et al*,<br>          Plaintiffs,<br><br>vs.<br><br>KATIE HOBBS, *et al*,<br>          Defendant. | Case No: CV-21-1423-PHX-DWL<br><br>**ANSWER OF DEFENDANT APACHE COUNTY ATTORNEY RECORDER, LARRY NOBLE** |

   Defendant Apache County Recorder, Larry Noble, affirmatively alleges that he is not a proper or necessary party to this action and takes a nominal position.  Said Defendant should either be dismissed from this action or should be denominated as a nominal party.  Defendant Larry Noble answers the Complaint as follows:

   1. Defendants admit the allegations of paragraphs 1, 5, 6, 7, 8, 21, 22, 23, 24, and 25-45.

   2. Defendants deny the allegations of paragraph 46, 90, 91, and 104 as they apply to this Defendant.  Defendant affirmatively alleges that he is a nominal party to this action and should be denominated as such.

   3. Defendants assert that the allegations of paragraphs 2, 3, 4, 18, 51, 64-88, 95-103, and 127-145 state legal conclusions to which no response is required. Defendant affirmatively alleges that he is a nominal party to this action and should be denominated as such.

4.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraphs 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 47, 48, 49, 50, 52-63, 92-94, and 105-126 and thus deny these allegations.  Defendant affirmatively alleges that he is a nominal party to this action and should be denominated as such.

5.      All allegations of the complaint not specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

1.      Defendant affirmatively alleges that he is not a proper or necessary party to this action and that his role in this action is nominal.

2.      Defendant affirmatively alleges that even if he is a necessary party for purposes of injunctive relief, his role in this action would remain nominal.

3.      Defendant affirmatively alleges that he has qualified immunity for performing their official duties as required under the Act.  *See Pierson v. Ray*, 386 U.S. 547, 537 (1967); *Luchunski v. Congrove* 193 Ariz. 176, 971 p. 2d 636(App.1998).

4.      Defendant further states that his Office has previously affirmatively requested that the cure period which is the subject of the Cure Period Law be five days following the date of an election based on Apache County's agreement with the Navajo Nation to allow a five day period such agreement coming prior to any legislation on the topic. Defendant; however, will follow the law as passed by the legislature and interpreted by this Court.

5.      Additional facts may be revealed by future discovery which support affirmative defenses available to, but presently unknown to, this Defendant.  Accordingly, Defendant hereby incorporates by this reference all applicable affirmative defences pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure as though set forth fully herein.

## RELIEF

A.      Defendant affirmatively alleges that he is a nominal party to this action and should be denominated as such.

B.      Defendant affirmatively alleges that he and his office will abide by any ruling by this Court.

C. Having fully answered the Complaint and having stated affirmative defenses, Defendant requests entry of judgement denying any and all relief that Plaintiffs have requested as to this Defendant, dismissing the Complaint as to this Defendant with Prejudice, and granting such other and further relief as the Court deems proper.

RESPECTFULLY SUBMITTED this 14th day of September, 2021.

                                  Michael B. Whiting
                                  Apache County Attorney

                                  _/s/ Joseph Young_____
                                  Joseph D. Young
                                  Chief Deputy County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following ECF registrants:

                                  /s/ _Joseph Young_____