JON R. SMITH
Yuma County Attorney

William J. Kerekes, #007073
Chief Civil Deputy County Attorney
Office of the Yuma County Attorney
250 West Second Street, Suite G
Yuma, Arizona 85364
Telephone: (928) 817-4300
E-mail: YCAttyCivil@yumacountyaz.gov

Attorney for Yuma County Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MI FAMILIA VOTA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KATIE HOBBS, et al.,<br><br>　　　　Defendants. | Case No. CV-21-01423-PHX-DWL<br><br>**ANSWER OF YUMA COUNTY DEFENDANT** |

　　　Defendant Robyn Stallworth Pouquette, Yuma County Recorder takes no position on the merits of the Complaint, asserts that she is a nominal party to this action, and agrees to abide by any final decision of the Court.

　　　Dated this <u>10th</u> day of November, 2021.

　　　　　　　　　　　　　　　　　JON R. SMITH
　　　　　　　　　　　　　　　　　YUMA COUNTY ATTORNEY

　　　　　　　　　　　　　　　　　*/s/ William J. Kerekes*
　　　　　　　　　　　　　　　　　William J. Kerekes
　　　　　　　　　　　　　　　　　Chief Civil Deputy County Attorney
　　　　　　　　　　　　　　　　　Attorney for Yuma County Defendant

CERTIFICATE OF SERVICE

I certify that on November 10, 2021, I electronically transmitted the foregoing Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Brenda Luna*