Tyler Green*
Cameron T. Norris*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
daniel@consovoymccarthy.com
*pro hac vice

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et al.,<br>　　　　Defendants. | Case No: 2:21-cv-1423-DWL<br><br>**INTERVENOR-DEFENDANTS' JOINDER OF ATTORNEY GENERAL'S CONSOLIDATED MOTION TO DISMISS PLAINTIFFS' AND INTERVENOR-PLAINTIFFS' COMPLAINTS UNDER RULES 12(B)(1) AND 12(B)(6)** |

1   Per this Court's order (Doc. 53), the Republican National Committee and National
2  Republican Senatorial Committee will not file separate motions to dismiss; they instead
3  join parts I.B, III, and IV of the State's motion (Doc. 72). Intervenor-Defendants join the
4  State's motion in lieu of filing an answer to Intervenor-Plaintiffs' complaint. And though
5  Intervenor-Defendants have already answered Plaintiffs' complaint, they should be al-
6  lowed to join the State's motion to dismiss. *See* 5C Fed. Prac. & Proc. Civ. §1361 & n.7
7  (3d ed.) (collecting cases where "federal courts have allowed" post-answer motions to dis-
8  miss). Plaintiffs could not be prejudiced because they must respond to the State's motion
9  to dismiss anyway, Intervenor-Defendants raised these same defenses in their answer, and
10  the Rules allow the Court to simply treat Intervenor-Defendants as having raised these
11  defenses under Rules 12(c), 12(i), or 56, rather than Rule 12(b). *See Resol. Tr. Corp. v.*
12  *Holland & Knight*, 832 F. Supp. 1528, 1529 n.2 (S.D. Fla. 1993); *Doty v. United States*,
13  2016 WL 3398579, at *2 (D.N.J. June 15); *Green v. Henry Cty. Comm'n*, 2020 WL
14  974388, at *3 & n.4 (M.D. Ala. Feb. 28).

Respectfully submitted this 18th day of November, 2021.

By: /s/ Tyler Green

Tyler Green*
Cameron T. Norris*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
daniel@consovoymccarthy.com
*pro hac vice

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

Attorneys for Intervenor-Defendants

**CERTIFICATE OF SERVICE**

    I e-filed this document on November 18, 2021, which emailed everyone requiring notice.

/s/ Tyler Green
Attorney for Intervenor-Defendants
