IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-21-01423-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |
| Mi Familia Vota, | CV 22-00509-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

The Attorney General has filed motion to transfer *Mi Familia Vota v. Hobbs*, No. 2:22-cv-00509-SMB, a case that was filed yesterday, to the undersigned judge. (Doc. 129.) The Court would prefer to rule on this motion sooner rather than later. Accordingly, if any party intends to oppose the transfer motion, that party must file a notice of such intent by **5:00 p.m. on Tuesday, April 5, 2022**. If no party files such a notice, the Court will treat the transfer motion as unopposed and grant it summarily. If any party files such a notice, the Court will wait for the transfer motion to become fully briefed before ruling on it.

Dated this 1st day of April, 2022.

Dominic W. Lanza
United States District Judge