Elisabeth C. Frost*
John M. Geise*
Joseph N. Posimato*
Tyler L. Bishop*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 968-4513
Facsimile: (202) 968-4498
efrost@elias.law
jgeise@elias.law
jposimato@elias.law
tbishop@elias.law

Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar. No. 032304)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

Ben Stafford*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0176
bstafford@elias.law

*Attorneys for Intervenor-Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., <br>               Plaintiffs, <br>    and <br> DSCC and DCCC, <br>               Plaintiff-Intervenors, <br>    v. <br> Katie Hobbs, in her official capacity as <br> Arizona Secretary of State; et al., <br>               Defendants, <br>    and <br> RNC and NRSC, <br>               Defendant-Intervenors. | Case No. CV-21-01423-DWL <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL WITHIN FIRM** |

Under Rule 83.3(b)(4) of the Local Rules of Civil Procedure, notice is hereby given that Tyler L. Bishop, who has been admitted *pro hac vice* in this matter, will no longer be affiliated with Elias Law Group LLP as of this evening, and therefore withdraws as counsel for Intervenor-Plaintiffs DSCC and DCCC, who will remain represented by the other undersigned attorneys within the same law firm. All other counsel of record remain the same.

Dated: May 20, 2022

Respectfully Submitted,

*/s/ Tyler L. Bishop*
Elisabeth C. Frost*
John M. Geise*
Joseph N. Posimato*
Tyler L. Bishop*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 968-4513
Facsimile: (202) 968-4498
efrost@elias.law
jgeise@elias.law
jposimato@elias.law
tbishop@elias.law

Ben Stafford*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0176
bstafford@elias.law

Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar. No. 032304)
**HERRERA ARELLANO LLP**
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Intervenor-Plaintiffs*
*\*Admitted Pro Hac Vice*