Tyler Green*
Cameron T. Norris*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
daniel@consovoymccarthy.com
*pro hac vice

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et al.,<br>　　　　　Defendants. | Case No: 2:21-cv-1423-DWL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL WITHIN FIRM** |

Under Rule 83.3(b)(4) of the Local Rules of Civil Procedure, notice is hereby given that Daniel Shapiro, who has been admitted *pro hac vice* in this matter, will no longer be affiliated with Consovoy McCarthy PLLC, and therefore withdraws as counsel for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee, who will remain represented by the other undersigned attorneys. All other counsel of record remain the same.

Respectfully submitted this 10th day of Une, 2022.

          *By: /s/ Daniel Shapiro*

Tyler Green*
Cameron T. Norris*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
daniel@consovoymccarthy.com
*pro hac vice*

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

Attorneys for Intervenor-Defendants

## CERTIFICATE OF SERVICE

I e-filed this document on June 10, 2022, which emailed everyone requiring notice.

          */s/ Daniel Shapiro*
          Attorney for Intervenor-Defendants