**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Katie Hobbs, et al.,<br><br>Defendants. | Case No: 2:21-cv-01423-DWL<br><br>**[PROPOSED] ORDER** |

Having considered the Attorney General's Rule 54(b) Motion to Enter Judgment on Dismissed Claims, **IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** directing that the Clerk of the Court shall enter final judgment in favor of Defendants on all Plaintiffs' challenges to SB 1003 (*i.e.*, their *Anderson-Burdick* undue burden, discriminatory purpose, and intentional racial discrimination claims), and to enter final judgment in favor of Defendants on Plaintiffs' *Anderson-Burdick* undue burden challenge to SB 1485.

Dated this ___ day of August, 2022.