**MARK BRNOVICH**
**ATTORNEY GENERAL**
Joseph A. Kanefield (No. 15838)
*Chief Deputy & Chief of Staff*
Brunn ("Beau") W. Roysden III (No. 28698)
*Division Chief*
Drew C. Ensign (No. 25463)
*Deputy Solicitor General*
Robert J. Makar (No. 33579)
*Assistant Attorney General*
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for Mark Brnovich,*
*Arizona Attorney General*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | |
| Plaintiffs, | Case No: 2:21-cv-01423-DWL |
| vs. | **ATTORNEY GENERAL'S ANSWER TO COMPLAINT (Doc. 1)** |
| Katie Hobbs, et al., | |
| Defendants. | |

Defendant Mark Brnovich, Arizona Attorney General (the "Defendant"), through undersigned counsel, hereby answers the Complaint (Doc. 1) submitted by Mi Familia Vota, Arizona Coalition for Change, Living United for Change in Arizona, and the League of Conservation Voters, Inc. d/b/a Chispa AZ (collectively the "Plaintiffs") as follows:

**INTRODUCTION**

1. This action concerns Senate Bills 1003 and 1485, which speak for themselves. The claims as to SB 1003 have been dismissed and therefore are no longer at issue. The remaining allegations are denied.

2. Denied.

3. Denied.

4. These legal arguments require no response and are therefore denied.

5. Plaintiffs bring this action under 42 U.S.C. §§1983 and 1988, but have no valid claim under either statute.

6. These legal arguments require no response and are therefore denied.

7. These legal arguments require no response and are therefore denied.

8. These legal arguments require no response and are therefore denied.

9. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

10. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

11. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

12. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

13. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

14. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

15. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

16. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

17. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

18. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

19. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

20. Defendant Brnovich lacks sufficient information to admit or deny this allegation and therefore denies the same.

21. Katie Hobbs is the Arizona Secretary of State. The cited authorities speak for themselves.

22. Admitted.

23. Admitted.

24. Admitted.

25. The cited authority speaks for itself. The second sentence is admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

1      34.     Admitted.

2      35.     Admitted.

3      36.     Admitted.

4      37.     Admitted.

5      38.     Admitted.

6      39.     Admitted.

7      40.     Admitted.

8      41.     The first sentence is admitted; the remainder of the paragraph states an opinion and is denied as vague.

10     42.     The cited authorities speak for themselves.

11     43.     The cited authorities speak for themselves.

12     44.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

14     45.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

16     46.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

18     47.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

20     48.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

22     49.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

24     50.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

26     51.     Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

1  52. Defendant Brnovich lacks sufficient information to admit or deny and
2  therefore denies the same.
3  53. Defendant Brnovich lacks sufficient information to admit or deny and
4  therefore denies the same.
5  54. Defendant Brnovich lacks sufficient information to admit or deny and
6  therefore denies the same.
7  55. Defendant Brnovich lacks sufficient information to admit or deny and
8  therefore denies the same.
9  56. Defendant Brnovich lacks sufficient information to admit or deny and
10 therefore denies the same.
11 57. Defendant Brnovich lacks sufficient information to admit or deny and
12 therefore denies the same.
13 58. Defendant Brnovich lacks sufficient information to admit or deny and
14 therefore denies the same.
15 59. Defendant Brnovich lacks sufficient information to admit or deny and
16 therefore denies the same.
17 60. Defendant Brnovich lacks sufficient information to admit or deny and
18 therefore denies the same.
19 61. Defendant Brnovich lacks sufficient information to admit or deny and
20 therefore denies the same.
21 62. Defendant Brnovich lacks sufficient information to admit or deny and
22 therefore denies the same.
23 63. Defendant Brnovich lacks sufficient information to admit or deny and
24 therefore denies the same.
25 64. Defendant Brnovich lacks sufficient information to admit or deny and
26 therefore denies the same.
27 65. Defendant Brnovich lacks sufficient information to admit or deny and
28 therefore denies the same.

1      66.    The allegations are denied.

2      67.    The allegations are denied.

3      68.    The allegations are denied.

4      69.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

6      70.    The first sentence is admitted. Defendant Brnovich lacks sufficient information to admit or deny the remaining portions of this paragraph, and therefore denies the same.

9      71.    SB 1485 speaks for itself. Additionally, a voter's inclusion on the list was never truly "permanent," as the Complaint implies, because even before SB 1485 voters were subject to deregistration and removal from the list as part of routine voter list maintenance.

13      72.    SB 1485 speaks for itself.

14      73.    Denied

15      74.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

17      75.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

19      76.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

21      77.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

23      78.    Denied.

24      79.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

26      80.    Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

81. Arizona law speaks for itself. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

82. Denied.

83. Denied.

84. Denied.

85. Arizona law, the cited judicial opinion, and the cited article speak for themselves. The last sentence is denied.

86. Arizona law speaks for itself.

87. The cited authority speaks for itself. The remaining allegations are legal arguments that require no response and are therefore denied.

88. The cited authority speaks for itself. The remaining allegations are legal arguments that require no response and are therefore denied.

89. Arizona law speaks for itself. The last sentence is denied.

90. Denied.

91. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

92. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

93. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

94. The first sentence is denied. Defendant Brnovich lacks sufficient information to admit or deny as to the remaining allegations, and therefore denies the same.

95. Denied.

96. Denied.

97. Denied.

98. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

99. Without in any way minimizing the historical harms inflicted on Arizona's Native American peoples, Defendant Brnovich lacks sufficient information to admit or deny for purposes of this case, and therefore denies the same.

100. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

101. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

102. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

103. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

104. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

105. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

106. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

107. Admitted that Arizona was placed under "preclearance." Defendant Brnovich lacks sufficient information to admit or deny the remaining allegations and therefore denies the same.

108. Denied.

109. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

110. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

111. Defendant Brnovich lacks sufficient information to admit or deny and therefore denies the same.

1    112.  Defendant Brnovich lacks sufficient information to admit or deny and
2  therefore denies the same.
3    113.  Defendant Brnovich lacks sufficient information to admit or deny and
4  therefore denies the same.
5    114.  Defendant Brnovich lacks sufficient information to admit or deny and
6  therefore denies the same.
7    115.  Defendant Brnovich lacks sufficient information to admit or deny and
8  therefore denies the same.
9    116.  Defendant Brnovich lacks sufficient information to admit or deny and
10 therefore denies the same.
11   117.  Defendant Brnovich lacks sufficient information to admit or deny and
12 therefore denies the same.
13   118.  Defendant Brnovich lacks sufficient information to admit or deny and
14 therefore denies the same.
15   119.  Defendant Brnovich lacks sufficient information to admit or deny and
16 therefore denies the same.
17   120.  Defendant Brnovich lacks sufficient information to admit or deny and
18 therefore denies the same.
19   121.  Defendant Brnovich lacks sufficient information to admit or deny and
20 therefore denies the same.
21   122.  The cited report speaks for itself.  Defendant Brnovich lacks sufficient
22 information to admit or deny and therefore denies the same.
23   123.  The cited report speaks for itself.  Defendant Brnovich lacks sufficient
24 information to admit or deny and therefore denies the same.
25   124.  Defendant Brnovich lacks sufficient information to admit or deny and
26 therefore denies the same.
27   125.  Defendant Brnovich lacks sufficient information to admit or deny and
28 therefore denies the same.

126. Denied.

127. Defendant Brnovich repeats and re-alleges his responses to paragraphs 1-126.

128. This cause of action has been dismissed and the allegations are therefore denied.

129. This cause of action has been dismissed and the allegations are therefore denied.

130. This cause of action has been dismissed and the allegations are therefore denied.

131. This cause of action has been dismissed and the allegations are therefore denied.

132. This cause of action has been dismissed and the allegations are therefore denied.

133. This cause of action has been dismissed and the allegations are therefore denied.

134. This cause of action has been dismissed and the allegations are therefore denied.

135. This cause of action has been dismissed and the allegations are therefore denied.

136. Defendant Brnovich repeats and re-alleges his responses to paragraphs 1-135.

137. The Fourteenth Amendment speaks for itself.

138. The Fifteenth Amendment speaks for itself.

139. The cited authority speaks for itself.

140. This cause of action has been dismissed as to SB 1003, and the allegations as to SB 1003 are therefore denied.  The allegations are further denied as to SB 1485.

141. This cause of action has been dismissed as to SB 1003, and the allegations as to SB 1003 are therefore denied.  The allegations are further denied as to SB 1485.

142. Defendant Brnovich repeats and re-alleges his responses to paragraphs 1-141.

143. The voting rights act speaks for itself.

144. This cause of action has been dismissed as to SB 1003, and the allegations as to SB 1003 are therefore denied. The allegations are further denied as to SB 1485.

145. This cause of action has been dismissed as to SB 1003, and the allegations as to SB 1003 are therefore denied. The allegations are further denied as to SB 1485.

**AFFIRMATIVE DEFENSES**

146. The allegations in the complaint fail to state a claim.

147. Plaintiffs' requested relief is barred by the *Purcell* principle.

**RESPONSE TO PRAYER FOR RELIEF**

Defendant Brnovich denies that Plaintiffs are entitled to any of the relief requested.

Respectfully submitted this 26th day of September, 2022.

                                  MARK BRNOVICH
                                  ATTORNEY GENERAL

                                  <u>By: s/ Robert J. Makar</u>
                                  Joseph A. Kanefield (No. 15838)
                                   *Chief Deputy & Chief of Staff*
                                  Brunn ("Beau") W. Roysden III (No. 28698)
                                   *Solicitor General*
                                  Drew C. Ensign (No. 25463)
                                   *Deputy Solicitor General*
                                  Robert J. Makar (No. 33579)
                                   *Assistant Attorney General*
                                  2005 N. Central Avenue
                                  Phoenix, Arizona 85004
                                  Telephone: (602) 542-5200
                                  Drew.Ensign@azag.gov

                                  *Attorneys for Mark Brnovich, Arizona Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

s/ Robert J. Makar
Robert J. Makar
*Counsel for Mark Brnovich, Arizona Attorney General*
