**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Daniel Jurkowitz, SBN 018428
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Daniel.Jurkowitz@pcao.pima.gov
*Attorney for Pima County Recorder Gabriella Cázares-Kelley*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, et al., <br><br> Defendants, | No. 2:21-cv-01423-PHX-DWL <br><br> **NOTICE OF SERVICE OF DEFENDANT PIMA COUNTY RECORDER'S THIRD SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION** |

Defendant Pima County Recorder notifies this Court that she served her Third Supplemental Response to Plaintiff's First Request for Production via Pima County's secured file transfer system, Kiteworks, on March 29, 2023

DATED: March 29, 2023

                              LAURA CONOVER, PIMA COUNTY ATTORNEY

                              By: /s/ Daniel Jurkowitz
                                  Daniel Jurkowitz, Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 29, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users for this case.

By: /s/ Anneth Barajas