Matthew J. Smith, Mohave County Attorney
Ryan H. Esplin, No. 029235
Chief Civil Deputy County Attorney
P O Box 7000
Kingman, AZ 86402-7000
Telephone: (928) 753-0770, Fax No.: (928) 753-429
EspliR@mohave.gov CAOcivil.court@mohave.gov
Attorney for Mohave County Recorder (Kristi Blair)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et. al., <br><br> Plaintiffs, <br><br> And <br><br> DSCC and DCCC <br><br> Plaintiff-Intervenors <br><br> vs. <br><br> Adrian Fontes; et al. <br><br> Defendants <br><br> And <br><br> RNC and NRSC, <br><br> Defendant-Intervenors. | No.: CV-21-1423-PHX-DWL <br><br> **NOTICE OF SERVICE OF DEFENDANT MOHAVE COUNTY RECORDER'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

DEFENDANT MOHAVE COUNTY RECORDER, Kristi Blair, by and through

undersigned counsel, hereby notifies the Court that she served her Second Supplemental

Response to Plaintiff's First Set of Requests for Production of Documents via file transfer and email, on March 31, 2023.

RESPECTFULLY SUBMITTED this 31st day of March, 2023.

                                MOHAVE COUNTY ATTORNEY

                                /s/ Ryan H. Esplin
                              RYAN H. ESPLIN,
                              Attorney for Defendant Recorder Kristi Blair

## CERTIFICATE OF SERVICE

I certify that on March 31, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users for this case.

By:  /s/ Ryan H. Esplin