**TONY ROGERS**
LA PAZ COUNTY ATTORNEY
Jason Mitchell (SBN 035878)
*Deputy County Attorney*
1320 Kofa Avenue
Parker, AZ 85344
Phone (928) 669-6118 / Fax: (928) 669-2019
jmitchell@lapazcountyaz.org
*Attorneys for Richard Garcia, La Paz County Recorder*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. CV-21-1423-PHX-DWL |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF LA PAZ COUNTY RECORDER'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
| Adrian Fontes, et. al., | |
| Defendants. | |

Notice is hereby given that Defendant La Paz County Recorder, Richard Garcia, has served its Second Supplemental Response to Plaintiff's First Set of Requests for Production of Documents via email on March 31st, 2023.

///

///

///

///

RESPECTFULLY SUBMITTED THIS 31st day of March 2023.

                                    TONY ROGERS
                                    LA PAZ COUNTY ATTORNEY

                                    /s/ *Jason Mitchell*
                                    By: Jason Mitchell
                                    Deputy County Attorney


**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2023, I electronically filed the foregoing attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


                                    By:/s/ *Jason Mitchell*