FLAGSTAFF LAW GROUP
Rose Winkeler
State Bar No. 025023
702 N. Beaver St.
Flagstaff, Arizona 86001
Telephone: (928) 233-6800
Email: rose@flaglawgroup.com
*Attorney for Defendant Coconino County Recorder Patty Hansen*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; <br><br> Plaintiffs, <br><br> vs. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., <br><br> Defendants. | No. CV22-01423-PHX-DWL <br><br> **NOTICE OF SERVICE OF COCONINO COUNTY RECORDER'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

Notice is hereby given that Defendant Coconino County Recorder has, on March 30, 2023, served on Plaintiffs Supplemental Responses to Plaintiffs' First Request for Production of Documents.

RESPECTFULLY SUBMITTED this 3rd day of April, 2023.

FLAGSTAFF LAW GROUP

BY: */s/Rose M. Winkeler*
    ROSE M. WINKELER
    *Attorney for the Defendant Coconino County Recorder Patty Hansen*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


*/s/Rose M. Winkeler*