JON R. SMITH
Yuma County Attorney

William J. Kerekes, #007073
Chief Civil Deputy County Attorney
Office of the Yuma County Attorney
250 West Second Street, Suite G
Yuma, Arizona 85364
Telephone: (928) 817-4300
E-mail: YCAttyCivil@yumacountyaz.gov

*Attorney for Defendant Yuma County Recorder Richard Colwell*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Adrian Fontes; et al., <br><br> Defendants. | Case No. CV-21-01423-PHX-DWL <br><br> **NOTICE OF SERVICE OF DEFENDANT YUMA COUNTY RECODER'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** |

Pursuant to LRCiv 5.2, Defendant Yuma County Recorder Richard Colwell, by and through undersigned counsel, hereby give notice that on April 6, 2023, they served their First Supplemental Response to Plaintiffs' Fist Set of Requests for Production of Documents upon all counsel via electronic mail.

Dated this 6th day of April, 2023.

1

JON R. SMITH
YUMA COUNTY ATTORNEY

*/s/ William J. Kerekes*
William J. Kerekes
Chief Civil Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Brenda Luna*
Brenda Luna, Paralegal