DENNIS M. MCGRANE
YAVAPAI COUNTY ATTORNEY
Firm No. 00048700
Thomas M. Stoxen, SBN 014904
Michael J. Gordon, SBN 021798
Deputy County Attorney
255 E. Gurley Street
Prescott, AZ 86301
(928) 771-3344
ycao@yavapaiaz.gov
Attorneys for Yavapai County Recorder

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br> vs. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., <br><br> Defendants. | Case No. 2:21-CV-01423-DWL <br><br> **NOTICE OF SERVICE OF DEFENDANT YAVAPAI COUNTY RECORDER'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to LRCiv 5.2, Defendant Yavapai County Recorder, by and through undersigned counsel, hereby give notice that on April 10, 2023, she served her First Supplemental Response to Plaintiffs' Fist Set of Requests for Production of Documents upon all counsel via electronic mail.

DATED this 10th day of April, 2023.

                        DENNIS M. MCGRANE
                        YAVAPAI COUNTY ATTORNEY

                        By: /s/Michael J. Gordon
                              Michael J. Gordon
                              Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

                        By: /s/Michael J. Gordon
                              Michael J. Gordon
                              Deputy County Attorney