**LAW OFFICES
SHERMAN & HOWARD L.L.C.**
2555 EAST CAMELBACK ROAD, SUITE 1050,
PHOENIX, ARIZONA 85016-4258
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600
(AZ BAR FIRM NO. 00441000)

Craig A. Morgan (AZ Bar No. 023373)
(CMorgan@ShermanHoward.com)
Shayna Stuart (AZ Bar No. 034819)
(SStuart@ShermanHoward.com)
Jake Tyler Rapp (AZ Bar No. 036208)
(JRapp@ShermanHoward.com)

*Attorneys for Arizona Secretary of State Adrian Fontes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; Arizona Coalition for Change; Living United Change in Arizona; and League of Conservation Boters, Inc. d/b/a Chispa AZ,<br><br>Plaintiffs,<br><br>and<br><br>DSCC, and DCCC,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>Defendants,<br><br>and<br><br>RNC and NRSC,<br><br>Defendant-Intervenors. | Case No. 2:21-cv-01423-DWL<br><br>Related Case: 2:22-cv-00509-SMB<br><br>**NOTICE OF SERVICE OF DEFENDANT ARIZONA SECRETARY OF STATE ADRIAN FONTES' RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>(Before the Hon. Dominic W. Lanza) |

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(A) and LRCiv 5.2, notice is hereby given that on April 21, 2023, Defendant Arizona Secretary of State Adrian Fontes served his Response to Plaintiffs' Second Set of Requests for Production of Documents upon all counsel via electronic mail.

56745666.1

RESPECTFULLY SUBMITTED: April 21, 2023.

SHERMAN & HOWARD L.L.C.

By /s/ *Shayna Stuart*
   Craig A. Morgan
   Shayna Stuart
   Jake T. Rapp
   2555 East Camelback Road, Suite 1050
   Phoenix, Arizona 85016
   *Attorneys for Defendant Arizona Secretary of State Adrian Fontes*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I caused a true and correct copy of the foregoing document, to be filed with Clerk of the Court of the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ *Ella Meshke*

2

56745666.1