```
1   DENNIS M. MCGRANE
    YAVAPAI COUNTY ATTORNEY
2   Firm No. 00048700
    Thomas M. Stoxen, SBN 014904
3   Michael J. Gordon, SBN 021798
    Deputy County Attorney
4   255 E. Gurley Street
    Prescott, AZ 86301
5   (928) 771-3344
    ycao@yavapaiaz.gov
6   Attorneys for Yavapai County Recorder
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Mi Familia Vota, et al.,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-CV-01423-DWL<br><br>**NOTICE OF SERVICE OF DEFENDANT YAVAPAI COUNTY RECORDER'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
|---|---|

　　　　Pursuant to LRCiv 5.2, Defendant Yavapai County Recorder, by and through undersigned counsel, hereby give notice that on June 8, 2023, she served her Second Supplemental Response to Plaintiffs' First Set of Requests for Production of Documents upon all counsel via electronic mail.

DATED this 8th day of June, 2023.

                              DENNIS M. MCGRANE
                              YAVAPAI COUNTY ATTORNEY

                              By: /s/Michael J. Gordon
                                    Michael J. Gordon
                                    Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

                              By: /s/Michael J. Gordon
                                    Michael J. Gordon
                                    Deputy County Attorney