GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

ROBERT F. MAY, SBA #033107
BUREAU CHIEF - CIVIL DIVISION
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona 85621
Tel: (520) 375-7780; Fax: (520) 375-7710
Rmay@santacruzcountyaz.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; Arizona Coalition for Change; Living United for Change in Arizona; and League of Conservation Voters, Inc. d/b/a Chispa, AZ,<br><br>　　　　　　Plaintiffs,<br><br>and<br><br>DSCC and DCCC,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; et. al.,<br><br>　　　　　　Defendants,<br>and<br><br>RNC and NRSC,<br><br>　　Defendant-Intervenors. | Case No. 2:21-cv-01423-DWL<br><br>NOTICE OF DEFENDANT SAINZ AND SANTA CRUZ COUNTY'S FIRST SUPPLEMENT TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS |

　　　　Pursuant to Rule 34(b)(2) of Fed. R. Civ.P., Defendant Recorder for Santa Cruz County hereby provides the requested supplemental responses to Plaintiff's Requests for Production.

1

GENERAL OBJECTIONS: Defendant incorporates by reference the OBJECTIONS levied by other defendants, as well as, Defendant Santa Cruz County Recorder re-asserts any prior OBJECTIONS to the Requests for Production.

REQUEST FOR PRODUCTION NO. 11

Santa Cruz County's Voter File from 2022, including, as available for each voter, name in full and appropriate title; demographic information; party preference; date of registration; any voter identification number; residence address; mailing address, if different from residence address; zip code; telephone number if given, birth year; occupation if given; voting history for all elections and any other information regarding registered voters that the county recorder or city or town clerk maintains electronically and that is public information; all data relating to early voters, including ballot requests and ballot returns.

OBJECTION IN PART, as to personal voter information and other information not protected under the Protective Order.

WITHOUT WAIVING THE OBJECTION, the Voting history file from 2022 for the Primary and General Elections were provided to Plaintiffs.

REQUEST FOR PRODUCTION NO. 12

Documents sufficient to show (1) the number of unsigned Early Ballots submitted by voters in the 2022 election; (2) the identity of the voters who submitted such unsigned Early Ballots; (3) the demographic information of the voters who submitted such unsigned Early Ballots; (4) whether the voter was provided notice of any deficiency in their Early Ballot; (5) whether the voter attempted to cure any such deficiency; and (6) whether the voter's Early Ballot was counted, either before or after any such curing.

WITHOUT WAIVING OBJECTIONS, Defendant has provided Plaintiffs with EARLY BALLOT TOTALS for 2022 and five (5) BALLOT RECONCILIATION REPORTS,

including a report of non-matching signatures rejected in the 2022 General Election.

Defendant reserves the right to supplement responses.

REQUEST FOR PRODUCTION NO. 13

Documents sufficient to show (1) the number of voters on the Permanent Early Voting List who received but did not submit an Early Ballot in each election of 2022; (2) the identity of the voters who received but did not submit such Early Ballots; and (3) the demographic information of the voters who submitted such unsigned Early Ballots.

WITHOUT WAIVING OBJECTIONS, Defendant has provided Plaintiffs with EARLY BALLOT TOTALS for 2022 and five (5) BALLOT RECONCILIATION REPORTS, including a report of non-matching signatures rejected in the 2022 General Election.

Defendant has also provided Plaintiff with Voting History report for the 2022 Primary and General Elections.

Defendant reserves the right to supplement responses.

In accordance with this rule, the Defendant provides notice to the Court and the Plaintiff of the Defendant's substitution of counsel and that no order of substitution is required.

     RESPECTFULLY SUBMITTED this __03_ day of July, 2023.

                                              GEORGE E. SILVA
                                              SANTA CRUZ COUNTY ATTORNEY

                                              _____/s/ Robert F. May_____
                                              ROBERT F. MAY
                                              BUREAU CHIEF – CIVIL DIVISION

| | |
|---|---|
| 1 | **Original of the foregoing filed** |
| | **this  03  day of July, 2023, with:** |
| 2 | |
| | U.S. District Court |
| 3 | District of Arizona |
| | |
| 4 | Copy of the foregoing emailed |
| | this  03  of July, 2023, to: |
| 5 | |
| | |
| 6 | John C. Bonifaz |
| | Ben Clements |
| 7 | Courtney Hostetler |
| | Free Speech for People |
| 8 | 1320 Centre St., Ste. 405 |
| | Newton, MA  02459 |
| 9 | jbonifaz@freespeechforpeople.org |
| | bclements@freespeechforpeople.org |
| 10 | chostetler@freespeechforpeople.org |
| | |
| 11 | Daniel T. Fenske |
| | Jed W. Glickstein |
| 12 | Gary A. Isaac |
| | Rachel J. Lamorte |
| 13 | Mayer Brown LLP – Chicago, IL |
| | 71 S. Wacker Drive |
| 14 | Chicago, IL  60606 |
| | DFenske@mayerbrown.com |
| 15 | jglickstein@mayerbrown.com |
| | gisaac@mayerbrown.com |
| 16 | rlamorte@mayerbrown.com |
| | |
| 17 | Coree Elizabeth Neumeyer |
| | Lauren Elliott Stine |
| 18 | Rodney Wayne Ott |
| | Quarles & Brady LLP – Phoenix, AZ |
| 19 | One Renaissance Square |
| | 2 N. Central Avenue, Ste. 600 |
| 20 | Phoenix, AZ  85004-2391 |
| | Corree.neumeyer@quarles.com |
| 21 | Lauren.stine@quarles.com |
| | Rodney.ott@quarles.com |
| 22 | |
| | Lee H. Rubin |
| 23 | Mayer Brown LP |
| | 2 Palo Alto Sq Ste 300 |
| 24 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2112 |
| 25 | |
| 26 | |

4

| | |
|---|---|
| 1 | lrubin@mayerbrown.com |
|  | *Attorneys for Arizona Coalition for Change* |
| 2 | |
| 3 | Robert Douglas Gilliland |
|  | Greenlee County Attorney's Office |
|  | P.O. Box 1717 |
| 4 | Clifton, A  85533-1717 |
|  | rgilliland@greenlee.az.gov |
| 5 | *Attorneys for Gila County Recorder* |
| 6 | Ryan Henry Esplin |
|  | Mohave County Attorney's Office |
| 7 | P.O. Box 7000 |
|  | Kingman, AZ  86402-7000 |
| 8 | EspliR@mohave.gov |
|  | *Attorneys for Mohave County* |
| 9 | |
| 10 | Ashley Elizabeth Fitzgibbons |
|  | Kevin E. O'Malley |
| 11 | Hannah Hatch Porter |
|  | Gallagher & Kennedy PA |
| 12 | 2575 E. Camelback Rd., Ste. 1100 |
|  | Phoenix, AZ  85016-9225 |
| 13 | Ashley.fitzgibbons@gknet.com |
|  | Kevin.omalley@gknet.com |
| 14 | Hannah.porter@gknet.com |
|  | *Attorneys for Rusty Bowers* |
| 15 | |
| 16 | Michael G. Bailey |
|  | Bailey Law Offices PLC |
| 17 | 8110 E. Cactus Road, Ste. 100 |
|  | Scottsdale, AZ  85260-0001 |
| 18 | mike@baileylawplc.com |
| 19 | Robert John Makar |
|  | Joshua Michael Whitaker |
| 20 | Kathryn E. Boughton |
|  | Hayleigh Susan Crawford |
| 21 | Office of the Attorney General – Phoenix, AZ |
|  | 2005 N. Central Avenue |
| 22 | Phoenix, AZ  85004-1580 |
|  | Robert.Makar@azag.gov |
| 23 | Joshua.Whitaker@azag.gov |
|  | Kathryn.boughton@azag.gov |
| 24 | hayleigh@crawford@azag.gov |
| 25 | Stephen William Tully |
| 26 | |

| | |
|---|---|
| 1 | Law Offices of Tully Baily LLP |
|   | 4533 E. Desert Cove Avenue |
| 2 | Phoenix, AZ  85028 |
|   | stully@tullybailey.com |
| 3 | *Attorneys for Defendants Hayes* |
| 4 | Michael James Gordon |
|   | Thomas M. Stoxen |
| 5 | Yavapai County Attorney's Office |
|   | 255 E. Gurley Street |
| 6 | Prescott, AZ  86301 |
|   | Michael.gordon@yavapai.gov |
| 7 | Thomas.stoxen@yavapai.gov |
|   | *Attorney for Yavapai County Recorder* |

6

| | |
|---|---|
| 1 | Daniel S. Jurkowitz |
| | Pima County Attorney's Office |
| 2 | 32 N. Stone Avenue, Ste. 2100 |
| | Tucson, AZ  85701 |
| 3 | Daniel.Jurkowitz@pcao.pima.gov |
| | *Attorneys for Pima County Recorder* |
| 4 | |
| | William J. Kerekes |
| 5 | Office of the Yuma County Attorney |
| | 250 W. 2nd Street, Ste. G |
| 6 | Yuma, AZ  85364 |
| | Bill.kerekes@yumacountyaz.gov |
| 7 | *Attorneys for Yuma County Recorder* |
| | |
| 8 | Daniel Abraham Arellano |
| | Roy Herrera, Jr. |
| 9 | Herrera Arellano LLP |
| | 1001 N. Central Avenue, Ste. 404 |
| 10 | Phoenix, AZ  85004-1500 |
| | daniel@ha-firm.com |
| 11 | roy@ha-firm.com |
| | |
| 12 | Elisabeth C. Frost |
| | Joseph Posimato |
| 13 | Ben Stafford |
| | Elias Law Group LLP – Washington, D.C. |
| 14 | 250 Massachusetts Avenue, NW, Ste. 400 |
| | Washington, DC 20001 |
| 15 | efrost@elias.law |
| | jposimato@elias.law |
| 16 | bstafford@elias.law |
| | *Attorneys for Democratic Senatorial* |
| 17 | *Campaign Committee* |
| | |
| 18 | Ashley Elizabeth Fitzgibbons |
| | Kevin E. O'Malley |
| 19 | Hannah Hatch Porter |
| | Gallagher & Kennedy PA |
| 20 | 2575 E. Camelback Rd., Ste. 1100 |
| | Phoenix, AZ  85016-9225 |
| 21 | Ashley.fitzgibbons@gknet.com |
| | Kevin.omalley@fitzgibbons@gknet.com |
| 22 | Hannah.porter@gknet.com |
| | *Attorneys for AZ Legislators* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Amy B. Chan
Arizona Secretary of State
1700 W. Washington St., 7th Floor
Phoenix, AZ  85007
achan@azsos.gov
*Attorney for Adrian Fontes*

Craig Alan Morgan
Jake Tyler Rapp
Shayna Gabrielle Stuart
Sherman & Howard LLC – Phoenix, AZ
2555 E. Camelback Rd., Ste 1050
Phoenix, AZ  85016
cmorgan@shermanhoward.com
jrapp@shermanhoward.com
sstuart@shermanhoward.com
*Attorneys for Adrian Fontes*

Ryan Norton Dooley
La Paz County Attorney's Office
1320 Kofa Avenue
Parker, AZ  85344
rdooley@lapazcountyaz.org
*Attorneys for La Paz County Recorder*

Rose Marie Winkeler
Coconino County Attorney's Office
110 E. Cherry Avenue
Flagstaff, AZ  86001-4627
rose@flaglawgroup.com
*Attorneys for Coconino County Recorder*

Thomas J. Basile
Kory A. Langhofer
Statecraft PLLC
649 N. 4th Avenue, Ste. B
Phoenix, AZ 85003
tom@statecraftlaw.com
kory@statecraftlaw.com

Tyler R. Green
Cameron Thomas Norris
Consovoy McCarthy PLLC – Arlington, VA
1600 Wilson Blvd., Ste. 700
Arlington, VA  22209
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
*Attorneys for National Republican Senatorial Committee*

Celeste M. Robertson
Joseph D. Young
Apache County Attorney's Office
P.O. Box 637
Saint Johns, AZ  85936
crobertson@apachecountyaz.gov
jyoung@apachecountyaz.gov
*Attorneys for Apache County Recorder*

Joseph James Branco
Joseph Eugene LaRue
Maricopa County Attorney Civil Services Division
225 W. Madison St.
Phoenix, AZ  85003
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
*Attorneys for Maricopa County Recorder*

Craig Charles Cameron
Pinal County Attorney's Office
P.O. Box 887
Florence, AZ  85132
Craig.cameron@pinal.gov
*Attorneys for Pinal County Recorder*

Robert Douglas Gilliland
Greenlee County Attorney's Office
P.O. Box 1717
Clifton, AZ  85533-1717
rgilliland@greenlee.az.gov
*Attorneys for Graham County Recorder*

Robert Douglas Gilliland
Greenlee County Attorney's Office
P.O. Box 1717
Clifton, AZ  85533-1717
rgilliland@greenlee.az.gov
*Attorneys for Navajo County Recorder*

Robert Douglas Gilliland
Greenlee County Attorney's Office
P.O. Box 1717
Clifton, AZ  85533-1717
rgilliland@greenlee.az.gov
*Attorneys for Cochise County Recorder*

1 | John Douglas Wilenchik
Wilenchik & Bartness, PC
2 | 2810 N. 3rd St., Ste. 103
Phoenix, AZ  85004
3 | jackw@wb-law.com
*Attorneys for The Republican Party*
4 | *of AZ LLC*