| | |
|---|---|
| Lauren Elliott Stine (AZ# 025083) | Courtney Hostetler (Admitted PHV) |
| Coree E. Neumeyer (AZ# 025787) | John Bonifaz (Admitted PHV) |
| QUARLES & BRADY LLP | Ben Clements (Admitted PHV) |
| One Renaissance Square | FREE SPEECH FOR PEOPLE |
| Two North Central Avenue | 1320 Centre Street, Suite 405 |
| Suite 600 | Newton, MA 02459 |
| Phoenix, AZ 85004-2391 | (617) 249-3015 |
| (602) 229-5200 | jbonifaz@freespeechforpeople.org |
| Lauren.Stine@quarles.com | chostetler@freespeechforpeople.org |
| Coree.Neumeyer@quarles.com | bclements@freespeechforpeople.org |

Lee H. Rubin (Admitted PHV)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

*Additional counsel listed on last page*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; Arizona Coalition for Change; Living United for Change in Arizona; and League of Conservation Voters, Inc. d/b/a Chispa AZ, | Case No. CV-21-01423-PHX-DWL |
| Plaintiffs, | |
| and | |
| DSCC and DCCC, | **PLAINTIFFS' NOTICE OF SERVICE OF AMENDED NOTICES OF DEPOSITIONS** |
| Plaintiff-Intervenors, | |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State; et al., | |
| Defendants, | |
| and | |
| RNC and NRSC, | |
| Defendant-Intervenors. | |

Plaintiffs Mi Familia Vota, Arizona Coalition for Change, Living United for Change in Arizona, and League of Conservation Voters, Inc. d/b/a Chispa AZ, provide notice that they served amended notices of Rule 30(b)(6) depositions for the following parties on August 4, 2023:

1. Arizona Secretary of State; and,

2. Maricopa County Recorder.

|  |  |
|---|---|
| Dated: August 7, 2023 | Respectfully submitted, |
| Lee H. Rubin (Admitted PHV)<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com | /s/ *Coree E. Neumeyer*<br>Coree E. Neumeyer (AZ# 025787)<br>Lauren Elliott Stine (AZ #025083)<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue, Suite 600<br>Phoenix, AZ 85004-2391<br>Lauren.Stine@quarles.com<br>Coree.Neumeyer@quarles.com |
| Gary A. Isaac (Admitted PHV)<br>Daniel T. Fenske (Admitted PHV)<br>Jed W. Glickstein (Admitted PHV)<br>William J. McElhaney III (Admitted PHV)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>gisaac@mayerbrown.com<br>dfenske@mayerbrown.com<br>jglickstein@mayerbrown.com<br>wmcelhaney@mayerbrown.com<br>Rachel J. Lamorte (Admitted PHV)<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>rlamorte@mayerbrown.com | Courtney Hostetler (Admitted PHV)<br>John Bonifaz (Admitted PHV)<br>Ben Clements (Admitted PHV)<br>FREE SPEECH FOR PEOPLE<br>1320 Centre Street, Suite 405<br>Newton, MA 02459<br>chostetler@freespeechforpeople.org<br>jbonifaz@freespeechforpeople.org<br>bclements@freespeechforpeople.org |

*Attorneys for Plaintiffs*