Lauren Elliott Stine (AZ #025083)
Coree E. Neumeyer (AZ# 025787)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ 85004-2391
(602) 229-5200
Lauren.Stine@quarles.com
Coree.Neumeyer@quarles.com

Lee H. Rubin (Admitted PHV)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Courtney Hostetler (Admitted PHV)
John Bonifaz (Admitted PHV)
Ben Clements (Admitted PHV)
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
jbonifaz@freespeechforpeople.org
chostetler@freespeechforpeople.org
bclements@freespeechforpeople.org

*Additional counsel listed on last page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al., <br>    Plaintiffs, <br> and <br> DSCC and DCCC, <br>    Plaintiff-Intervenors, <br> v. <br> Adrian Fontes, in his official capacity as Arizona Secretary of State; et al., <br>    Defendants, <br> and <br> RNC and NRSC, <br>    Defendant-Intervenors. | Case No. CV-21-01423-DWL <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE REPUBLICAN PARTY OF ARIZONA** |

On August 31, 2023, following a Discovery Dispute Hearing, the Court ordered Plaintiffs to submit, on or before September 8, 2023, their motion to compel the Republican Party of Arizona ("RPA") to produce all withheld documents identified using the Court-ordered search terms.[1] *See* ECF No. 249. The Order set deadlines of September 18, 2023, for the RPA's response, and September 22, 2023, for Plaintiffs' reply. *See id.*

Plaintiffs filed such motion on September 8, but the RPA failed to respond or move for an extension by the Court-ordered September 18th deadline, and its response remains outstanding. Local Rule of Civil Procedure 7.2(i) "provides that if the opposing party 'does not serve and file the required answering memorandum,' to a pending motion, 'such non-compliance may be deemed a consent to the . . . granting of the motion, and the Court may dispose of the motion summarily.'" *Amann v. Attorney General of the State of Utah*, No. MC-22-08003-PCT-DWL, 2022 U.S. Dist. LEXIS 179114, at *3 (D. Ariz. Sept. 30, 2022) (Lanza, J.) (quoting LRCiv 7.2(i)) (ellipsis in original). Accordingly, in addition to the reasons set forth in Plaintiffs' motion to compel, the RPA's failure to comply with the Court's Order should be deemed a consent to granting Plaintiffs' motion to compel and on that basis alone the motion should be granted.

Plaintiffs respectfully request that the Court grant the motion to compel, find that the RPA has waived its privilege assertions, and order production of all withheld documents. In the alternative, if the RPA files an untimely response and the Court declines to dispose of the motion to compel summarily, Plaintiffs request that they be given a reasonable time to reply. In addition, the circumstances may warrant the imposition of sanctions. *See Fast v. GoDaddy.com LLC*, 340 F.R.D. 326 (D. Ariz. 2022) (citing Fed. R. Civ. P. 37(c)(1), 37(e)).

---

[1] The RPA has claimed that it has identified 32,619 documents which were non-responsive auto-generated emails regarding donations. *See* ECF No. 244-4. Plaintiffs do not contend that the RPA should be required to produce these documents, but given the RPA's flouting of the July 17 Order, it should be required to certify what it has done to confirm the documents are non-responsive.

| | |
|---|---|
| Dated: September 22, 2023 | Respectfully submitted, |
| | */s/Coree E. Neumeyer* |
| Lee H. Rubin (Admitted PHV)<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>(650) 331-2000<br>lrubin@mayerbrown.com | Lauren Elliott Stine (AZ #025083)<br>Coree E. Neumeyer (AZ# 025787)<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue, Suite 600<br>Phoenix, AZ 85004-2391<br>(602) 229-5200<br>Lauren.Stine@quarles.com<br>Coree.Neumeyer@quarles.com |
| Gary A. Isaac (Admitted PHV)<br>Daniel T. Fenske (Admitted PHV)<br>William J. McElhaney III (Admitted PHV)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>gisaac@mayerbrown.com<br>dfenske@mayerbrown.com<br>wmcelhaney@mayerbrown.com | Courtney Hostetler (Admitted PHV)<br>John Bonifaz (Admitted PHV)<br>Ben Clements (Admitted PHV)<br>FREE SPEECH FOR PEOPLE<br>1320 Centre Street, Suite 405<br>Newton, MA 02459<br>(617) 249-3015<br>chostetler@freespeechforpeople.org<br>jbonifaz@freespeechforpeople.org<br>bclements@freespeechforpeople.org |
| Rachel J. Lamorte (Admitted PHV)<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 362-3000<br>rlamorte@mayerbrown.com | |
| | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2023, a copy of the foregoing **PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE REPUBLICAN PARTY OF ARIZONA** was filed electronically with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

  /s/   Pam Worth