**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810   Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
admin@wb-law.com
*Attorneys for Non-Party Republican Party of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Mi Familia Vota; et al.,** | Case No.:  2:21-cv-01423-DWL |
| **Plaintiffs,** | |
| and | **NOTICE OF CESSATION OF REPRESENTATION OF ATTORNEYS DENNIS I. WILENCHIK AND JACK D. WILENCHIK OF THE REPUBLICAN PARTY OF ARIZONA, LLC** |
| **DSCC and DCCC,** | |
| **Plaintiff-Intervenors,** | |
| v. | |
| **Katie Hobbs, in her official capacity as Arizona Secretary of State; et al.,** | |
| **Defendants,** | |
| and | |
| **RNC and NRSC,** | |
| **Defendant-Intervenors.** | |

Notice is hereby provided that Dennis I. Wilenchik, John "Jack" D. Wilenchik, and the law firm Wilenchik & Bartness, P.C., cease their representation as counsel for non-party The Republican Party of Arizona, LLC, in this case.  Undersigned counsel were retained by the Republican Party of Arizona for the limited purpose of providing an initial response to a subpoena to the Republican Party of Arizona as a non-party to the case and not for any follow-up issues.

That purpose having been met, undersigned counsel provide their notice of cessation of representation as counsel for the Republican Party of Arizona.

The Republican Party of Arizona currently has a new chairman and undersigned counsel's limited scope of representation has not at any point been extended to cover other issues or further discovery disputes under either its prior or its current management.

Attorney John "Jack" D. Wilenchik was the lead attorney on the matter assisted by attorney Jordan C. Wolff. Attorney Jordan C. Wolff is no longer at the firm of Wilenchik & Bartness, and attorney John "Jack" D. Wilenchik is and has been out on medical leave due to cancer. Attorney Dennis I. Wilenchik is not otherwise familiar with the case, is no longer general counsel for the Party, and has no agreement to handle continuing issues in the case.

Opposing counsel has been apprised of the situation and that undersigned counsel is not authorized to accept documents on behalf of the Party, and has been provided the name of the current chairman of the Party for contact.

Dennis I. Wilenchik and John "Jack" D. Wilenchik request the Court to remove them as counsel of record in this case for the Republican Party of Arizona, LLC.

**RESPECTFULLY SUBMITTED** on March 22, 2024.

        **WILENCHIK & BARTNESS, P.C.**

        */s/ Dennis I. Wilenchik*
        Dennis I. Wilenchik, Esq.
        John "Jack" D. Wilenchik, Esq.
        The Wilenchik & Bartness Building
        2810 North Third Street
        Phoenix, Arizona 85004
        admin@wb-law.com
        *Attorneys for the Republican Party of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I electronically transmitted the foregoing document to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*