# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-21-01423-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, et al., | |
| Respondents. | |

**IT IS ORDERED** that the "notices" (Docs. 285, 286) which the Court construes as applications to withdraw as counsel, are granted. Jordan Wolff (formerly of Wilenchik & Bartness, P.C.), Dennis I. Wilenchik, John "Jack" D. Wilenchik, and the law firm Wilenchik & Bartness, P.C., are withdrawn as counsel for non-party The Republican Party of Arizona, LLC, in this case.

**IT IS FURTHER ORDERED** that the unopposed extension motion (Doc. 284) is granted. Respondents shall have until April 19, 2024 to file their response to Plaintiffs' Motion to Compel. Plaintiffs shall have until May 2, 2024 to file their reply in support of the Motion to Compel.

Dated this 25th day of March, 2024.

Dominic W. Lanza
United States District Judge