**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Joshua G. Nomkin (No. 039213)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Joshua.Nomkin@azag.gov
ACL@azag.gov

*Attorneys for Defendant*
*Attorney General Kristin K. Mayes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al., | No. 2:21-cv-01423-DWL |
| Plaintiffs, | |
| and | |
| DSCC and DCCC, | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |
| Plaintiff-Intervenors, | |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State; et al., | |
| Defendants, | |
| and | |
| RNC and NRSC, | |
| Defendant-Intervenors. | |

Notice is hereby given that Joshua G. Nomkin, of the Arizona Attorney General's Office, enters his appearance as counsel for Defendant, Attorney General Kristin K. Mayes. Mr. Nomkin's appearance is in addition to the Attorney General's existing counsel: Hayleigh S. Crawford, Joshua M. Whitaker, and Kathryn E. Boughton.

Counsel respectfully request that the Court's records reflect this change. Please send all correspondence and notifications to Mr. Nomkin at the below-listed address and contact information, in addition to that of the Attorney General's existing counsel:

Joshua G. Nomkin
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
(602) 542-3333
Joshua.Nomkin@azag.gov

RESPECTFULLY SUBMITTED this 12th day of August, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: */s/* Joshua G. Nomkin

Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn E. Boughton
Joshua G. Nomkin
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
(602) 542-3333

*Attorneys for Defendant*
*Attorney General Kristin K. Mayes*