**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Joshua G. Nomkin (No. 039213)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Joshua.Nomkin@azag.gov
ACL@azag.gov

*Attorneys for Defendant*
*Attorney General Kristin K. Mayes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al., <br><br> Plaintiffs, <br><br> and <br><br> DSCC and DCCC, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State; et al., <br><br> Defendants, <br><br> and <br><br> RNC and NRSC, <br><br> Defendant-Intervenors. | No. 2:21-cv-01423-DWL <br><br> **UNOPPOSED MOTION TO SUSPEND DEADLINE FOR RULE 26(a)(3) DISCLOSURES PENDING FILING OF JOINT STATUS REPORT (First Extension Request)** <br><br> **(EXPEDITED RULING REQUESTED)** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule of Civil Procedure 7.3, the Attorney General requests that the Court suspend the current November 1, 2024 deadline for disclosures under Federal Rule of Civil Procedure 26(a)(3), until the Court reviews the joint status report due on November 15, 2024. *See* Doc. 290. This request is unopposed[1] and is supported by good cause. This is the Attorney General's first request to extend this deadline and the parties' sixth overall request to extend discovery deadlines.

On March 29, 2024, the Court granted Plaintiffs' unopposed motion to extend the deadline for the completion of fact discovery, including "all disclosure required under Rule 26(a)(3)," until "thirty days from the date that this Court rules on Plaintiffs' Motion to Compel Discovery from Third-Party Subpoena Recipients." Doc. 290. In addition, the Court ordered that "[w]ithin fourteen days after the close of fact discovery, the parties shall file a joint report setting forth their respective positions on deadlines for the disclosure of final expert reports, expert depositions, dispositive motions, Daubert motions, and settlement discussions." *Id.*

On October 2, 2024, the Court denied Plaintiffs' Motion to Compel Discovery from Third-Party Subpoena Recipients (Doc. 301) and triggered the thirty-day timeline set forth in Doc. 290. The close of fact discovery and deadline for Rule 26(a)(3) disclosure is November 1, 2024. And the deadline for a joint report proposing all remaining deadlines is November 15, 2024.

The Attorney General requests that the Court suspend the November 1, 2024 deadline for Rule 26(a)(3) disclosures, although that day would remain the deadline for completion of fact discovery. Rule 26(a)(3) requires that parties disclose "information

---

[1] Indeed, the following parties have indicated that they affirmatively join this motion: Plaintiffs Mi Familia Vota, Arizona Coalition for Change, Living United for Change in Arizona, and League of Conservation Voters, Inc. d/b/a Chispa AZ, Plaintiff-Intervenors Democratic Congressional Campaign Committee and Democratic Senatorial Campaign Committee, Defendant Arizona Secretary of State, Defendant-Intervenors Republican National Committee and National Republican Senatorial Committee, and Defendant Santa Cruz County Recorder.

about the evidence that it may present at trial other than solely for impeachment" including disclosing (1) each witness a party expects to or may call, (2) which witnesses a party expects to present through deposition designation, and (3) all exhibits that a party expects to offer at trial or may offer if needed.  Although the parties are on track to complete fact discovery on November 1, 2024, the parties have not yet submitted expert reports, complicating each party's ability to identify its likely trial witnesses (or to determine if expert testimony by deposition may be more effective).  Similarly, the parties have not yet submitted dispositive motions, which are likely to limit or eliminate the issues for trial, thereby impacting the disclosure of likely trial exhibits.[2]

As such, the Attorney General respectfully requests that the Court suspend the Rule 26(a)(3) disclosure deadline until after the parties file a joint status report on or before November 15, 2024.  In the joint status report, the parties will propose a new deadline for Rule 26(a)(3) disclosures.  No party has indicated that it opposes this request.  A proposed order is submitted herewith.

---

[2] The Court's standard order for pretrial matters indicates that Rule 26(a)(3) disclosures usually occur closer to trial, after summary judgment motions are resolved.  *See* Order Setting Trial and Final Pretrial Conference – Civil Bench Trial, *available at* https://www.azd.uscourts.gov/judges/judges-orders (explaining that lodging of a proposed final pretrial order "will be deemed to satisfy the disclosure requirements of Rule 26(a)(3)").

RESPECTFULLY SUBMITTED this 30th day of October, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: */s/ Kathryn E. Boughton*

    Hayleigh S. Crawford (No. 032326)
    Joshua M. Whitaker (No. 032724)
    Kathryn E. Boughton (No. 036105)
    Joshua G. Nomkin (No. 039213)
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004-1592
    Telephone: (602) 542-3333
    Hayleigh.Crawford@azag.gov
    Joshua.Whitaker@azag.gov
    Kathryn.Boughton@azag.gov
    Joshua.Nomkin@azag.gov
    ACL@azag.gov