Lauren Elliott Stine (AZ# 025083)
Coree E. Neumeyer (AZ# 025787)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ 85004-2391
(602) 229-5200
Lauren.Stine@quarles.com
Coree.Neumeyer@quarles.com

Lee H. Rubin (Admitted PHV)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Courtney Hostetler (Admitted PHV)
John Bonifaz (Admitted PHV)
Ben Clements (Admitted PHV)
FREE SPEECH FOR PEOPLE
48 N. Pleasant St, Suite 304
Amherst, MA 01002
(617) 249-3015
jbonifaz@freespeechforpeople.org
chostetler@freespeechforpeople.org
bclements@freespeechforpeople.org

*Additional counsel listed on last page*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Mi Familia Vota; Arizona Coalition for Change; Living United for Change in Arizona; and League of Conservation Voters, Inc. d/b/a Chispa AZ,

Plaintiffs,

v.

Adrian Fontes, in his official capacity as Arizona Secretary of State; et al.,

Defendants,

and

RNC and NRSC,

Defendant-Intervenors.

Case No. CV-21-01423-PHX-DWL

**NOTICE OF CONDITIONAL SETTLEMENT IN PRINCIPLE**

Plaintiffs Mi Familia Vota, Arizona Coalition for Change, Living United for Change in Arizona, and League of Conservation Voters, Inc. d/b/a Chispa AZ (jointly, "Plaintiffs"), Defendant Arizona Attorney General, and nominal Defendant Arizona Secretary of State herein provide an update on the status of negotiations concerning resolution of this litigation short of trial.

On June 2, 2025, counsel for Plaintiffs and the Arizona Attorney General and Arizona Secretary of State reached an agreement in principle for resolution of the litigation, conditioned on the approval of Arizona's Voter Registration Advisory Committee ("VRAC"). The VRAC is composed of the nominal defendant county recorders in this action.

Under the terms of the proposed agreement, the VRAC would adopt guidance about best practices for implementation of SB 1485 and Plaintiffs would voluntarily dismiss their suit. Counsel for Defendant Arizona Attorney General and nominal Defendant Arizona Secretary of State sent the proposal to counsel for the county recorders on June 4, 2025, and the VRAC will meet on June 25, 2025, to consider the proposal.

Plaintiffs, the Arizona Attorney General, and the Arizona Secretary of State support the proposal, and the Arizona Attorney General and Arizona Secretary of State intend to voice support for the proposal during the June 25 meeting. Intervenor-Defendants Republican National Committee and Republican Senatorial Committee do not object to the proposed settlement agreement between the Plaintiffs and the named Defendants. One or more parties will update the Court after the June 25 meeting.

Dated: June 23, 2025

Respectfully submitted,

*/s/ Lee H. Rubin*

Lee H. Rubin (Admitted PHV)
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Daniel T. Fenske (Admitted PHV)
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com

Rachel J. Lamorte (Admitted PHV)
**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

Lauren Elliott Stine (AZ #025083)
Coree E. Neumeyer (AZ# 025787)
**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ 85004-2391
(602) 229-5200
Lauren.Stine@quarles.com
Coree.Neumeyer@quarles.com

Courtney Hostetler (Admitted PHV)
John Bonifaz (Admitted PHV)
Ben Clements (Admitted PHV)
**FREE SPEECH FOR PEOPLE**
48 N. Pleasant St, Suite 304
Amherst, MA 01002
(617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Attorneys for Plaintiffs*

*/s/ Joshua M. Whitaker*

Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn E. Boughton
Joshua G. Nomkin
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
(602) 542-3333

*Attorneys for Defendant Attorney General Kristin K. Mayes*

*/s/ Craig A. Morgan*

Craig A. Morgan
Shayna Stuart
Sherman & Howard L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016

*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*


/s/ Thomas Basile
Tyler Green
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, AZ 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com


*Attorneys for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, a copy of the Notice of Conditional Settlement in Principle was filed electronically with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Lee H. Rubin*