Lauren Elliott Stine (AZ# 025083)
Coree E. Neumeyer (AZ# 025787)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ 85004-2391
(602) 229-5200
Lauren.Stine@quarles.com
Coree.Neumeyer@quarles.com

Lee H. Rubin (Admitted PHV)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Courtney Hostetler (Admitted PHV)
John Bonifaz (Admitted PHV)
Ben Clements (Admitted PHV)
FREE SPEECH FOR PEOPLE
48 N. Pleasant St, Suite 304
Amherst, MA 01002
(617) 249-3015
jbonifaz@freespeechforpeople.org
chostetler@freespeechforpeople.org
bclements@freespeechforpeople.org

*Additional counsel listed on last page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; Arizona Coalition for Change; Living United for Change in Arizona; and League of Conservation Voters, Inc. d/b/a Chispa AZ,<br><br>Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; et al.,<br><br>Defendants,<br>and<br>RNC and NRSC,<br><br>Defendant-Intervenors. | Case No. CV-21-01423-PHX-DWL<br><br>**MOTION FOR EXTENSION OR, ALTERNATIVELY, FOR RECONSIDERATION**<br><br>**(EXPEDITED RULING REQUESTED)** |

1    Plaintiffs Mi Familia Vota, Arizona Coalition for Change, Living United for Change in Arizona, and League of Conservation Voters, Inc. d/b/a Chispa AZ (jointly, "Plaintiffs") hereby move pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule of Civil Procedure 7.3 to extend expert disclosure deadlines or, alternatively, for reconsideration of the Court's May 23, 2025, order concerning the same (*see* ECF No. 305). Good cause exists for this request, as set forth in the Notice of Conditional Settlement filed on June 20, 2025 (ECF No. 317) and Joint Status Report filed on June 27, 2025 (ECF No. 318) and below.

As reflected in the Notice of Conditional Settlement in Principle (ECF No. 317), on June 2, 2025, counsel for Plaintiffs and Defendants Arizona Attorney General and Arizona Secretary of State reached an agreement in principle for resolution of the litigation, conditioned on the approval of Arizona's Voter Registration Advisory Committee ("VRAC"). Under the terms of the proposed agreement, the VRAC would adopt guidance about best practices for implementation of SB 1485 and Plaintiffs would voluntarily dismiss their suit. The VRAC is composed of the nominal defendant county recorders in this action. As reflected in the Joint Status Report filed on June 27, 2025, the VRAC met on June 25, 2025, to consider the proposal but did not take immediate action on the proposal. The VRAC decided to reconvene on July 23, 2025, to consider the proposal again.

Though the above-referenced parties have been discussing a proposed resolution of the litigation and had exchanged proposals as of the time of Plaintiffs' May request for an extension, the agreement in principle occurred after the Court's most recent ruling and therefore constitutes a significant change in circumstances that weighs strongly in favor of the requested extension. Granting a short extension will promote judicial economy and preserve the resources of both the Court and Plaintiffs by avoiding the expenditure of time and cost on expert disclosures that may prove unnecessary. Although Plaintiffs are prepared to meet the existing deadline, doing so would divert their attention and resources from finalizing the proposed resolution, thus impeding the above-referenced parties' collective efforts to bring this litigation to an efficient conclusion.

1  Accordingly, Plaintiffs respectfully request that their expert disclosure deadline be
2  extended by a further 30 days—until July 30, 2025. Plaintiffs also seek leave to file a status
3  report on July 25, 2025, concerning the proposed resolution of the litigation. Should the
4  litigation not be resolved, Plaintiffs also respectfully request an extension of all deadlines
5  in the case commensurate with the 30-day extension of Plaintiffs' expert disclosure deadline
6  and the agreement of Plaintiffs and participating non-nominal Defendants to seek a one-
7  month expansion of time for Defendants' expert disclosures if expert discovery in this
8  matter continues, as reflected in the accompanying proposed order.

9  This is the third request to extend the expert disclosure deadlines in the Supplemental
10 Case Management Order of Plaintiffs. On June 27, 2025, counsel for Plaintiffs informed
11 the parties that they intended to seek this extension. No party indicated that it opposes this
12 request.

13 For the foregoing reasons, Plaintiffs respectfully request that the Court grant this
14 motion for extension or, alternatively, motion for reconsideration of the Court's May 23,
15 2025, order, and that the Court find good cause and grant an extension of deadlines.

| | | |
|---|---|---|
| 1 | Dated: June 27, 2025 | Respectfully submitted, |
| 2 | */s/ Lee H. Rubin* | |
| 3 | Lee H. Rubin (Admitted PHV) | Lauren Elliott Stine (AZ #025083) |
| | **MAYER BROWN LLP** | Coree E. Neumeyer (AZ# 025787) |
| 4 | Two Palo Alto Square, Suite 300 | **QUARLES & BRADY LLP** |
| 5 | 3000 El Camino Real | One Renaissance Square |
| | Palo Alto, CA 94306-2112 | Two North Central Avenue, Suite 600 |
| 6 | (650) 331-2000 | Phoenix, AZ 85004-2391 |
| 7 | lrubin@mayerbrown.com | (602) 229-5200 |
| | | Lauren.Stine@quarles.com |
| 8 | Daniel T. Fenske (Admitted PHV) | Coree.Neumeyer@quarles.com |
| | **MAYER BROWN LLP** | |
| 9 | 71 S. Wacker Drive | Courtney Hostetler (Admitted PHV) |
| | Chicago, IL 60606 | John Bonifaz (Admitted PHV) |
| 10 | (312) 782-0600 | Ben Clements (Admitted PHV) |
| 11 | dfenske@mayerbrown.com | **FREE SPEECH FOR PEOPLE** |
| | | 48 N. Pleasant St, Suite 304 |
| 12 | Rachel J. Lamorte (Admitted PHV) | Amherst, MA 01002 |
| | **MAYER BROWN LLP** | (617) 249-3015 |
| 13 | 1999 K Street NW | chostetler@freespeechforpeople.org |
| 14 | Washington, DC 20006 | jbonifaz@freespeechforpeople.org |
| | (202) 362-3000 | bclements@freespeechforpeople.org |
| 15 | rlamorte@mayerbrown.com | |
| 16 | | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, a copy of the Motion for Extension or, Alternatively, for Reconsideration was filed electronically with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Lee H. Rubin