**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Joshua G. Nomkin (No. 039213)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Joshua.Nomkin@azag.gov
ACL@azag.gov

*Attorneys for Defendant*
*Attorney General Kristin K. Mayes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; Arizona Coalition for Change; Living United for Change in Arizona; and League of Conservation Voters, Inc. d/b/a Chispa AZ, | Case No. CV-21-01423-PHX-DWL |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State; et al., | |
| Defendants, | |
| and | |
| RNC and NRSC, | |
| Defendant-Intervenors. | |

Plaintiffs Mi Familia Vota, Arizona Coalition for Change, Living United for Change in Arizona, and League of Conservation Voters, Inc. d/b/a Chispa AZ (jointly, "Plaintiffs"), Defendant Arizona Attorney General, and nominal Defendant the Arizona Secretary of State herein provide an update on the status of negotiations concerning resolution of this litigation short of trial.

As explained in the previous Joint Status Report, counsel for Plaintiffs and the named Defendants had reached an agreement in principle for resolution of the litigation conditioned on the approval of Arizona's Voter Registration Advisory Committee ("VRAC"). The VRAC has not approved the guidance that the proposed resolution included. Plaintiffs will serve any expert disclosures by July 30, 2025, as required by the Court's scheduling orders.

Dated: July 30, 2025

*/s/ Joshua M. Whitaker*
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn E. Boughton
Joshua G. Nomkin
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Joshua.Nomkin@azag.gov
ACL@azag.gov

*Attorneys for Defendant Attorney General*
*Kristin K. Mayes*

*/s/ Craig A. Morgan (with permission)*
Craig A. Morgan
Shayna Stuart
Taft Stettinius & Hollister, LLP
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
602.240.3000
cmorgan@taftlaw.com
sstuart@taftlaw.com

*Attorneys for Defendant Arizona Secretary*
*of State Adrian Fontes*

Respectfully submitted,

*/s/ Rachel J. Lamorte (with permission)*
Lee H. Rubin (Admitted PHV)
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Daniel T. Fenske (Admitted PHV)
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com

Rachel J. Lamorte (Admitted PHV)
**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

Lauren Elliott Stine (AZ #025083)
Coree E. Neumeyer (AZ# 025787)
**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ 85004-2391
(602) 229-5200
Lauren.Stine@quarles.com
Coree.Neumeyer@quarles.com

Courtney Hostetler (Admitted PHV)
John Bonifaz (Admitted PHV)
Ben Clements (Admitted PHV)
**FREE SPEECH FOR PEOPLE**
48 N. Pleasant St, Suite 304
Amherst, MA 01002
(617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

*Attorneys for Plaintiffs*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a copy of the Joint Status Report was filed electronically with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Joshua M. Whitaker*