1  **KRISTIN K. MAYES**
   **ATTORNEY GENERAL**
2  (Firm State Bar No. 14000)
3
   Hayleigh S. Crawford (No. 032326)
4  Joshua M. Whitaker (No. 032724)
   Kathryn E. Boughton (No. 036105)
5  Joshua G. Nomkin (No. 039213)
6  Office of the Arizona Attorney General
   2005 N. Central Avenue
7  Phoenix, AZ 85004-1592
   (602) 542-3333
8  Hayleigh.Crawford@azag.gov
9  Joshua.Whitaker@azag.gov
   Kathryn.Boughton@azag.gov
10 Joshua.Nomkin@azag.gov
11 ACL@azag.gov

12 *Attorneys for Defendant*
13 *Attorney General Kristin K. Mayes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al.,<br><br>        Plaintiffs,<br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; et al.,<br><br>        Defendants,<br><br>  and<br><br>RNC and NRSC,<br><br>        Defendant-Intervenors. | No. 2:21-cv-01423-DWL<br><br>**JOINT MOTION TO CLARIFY UPCOMING POST-DISCOVERY MOTION DEADLINES** |

## I. Introduction

Expert discovery is nearly finished, and the parties will soon prepare post-discovery motions. The Court has granted various requests for extensions of time, which makes calculating the deadlines for post-discovery motions somewhat complicated. For clarity, Defendant the Arizona Attorney General, Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee, and the various Plaintiffs (collectively the "Parties") jointly seek an order confirming the following upcoming deadlines:

- Deadline for any motion challenging expert testimony: March 11, 2026
- Deadline for summary judgment moving briefs: April 13, 2026
- Deadline for summary judgment responding briefs: May 13, 2026
- Deadline for summary judgment reply briefs: June 1, 2026

## II. Background

In November 2024, after fact discovery closed, the Court set deadlines for, among other things, motions challenging expert testimony and summary judgment:

- Deadline for any motion challenging expert testimony: September 11, 2025
- Deadline for summary judgment moving briefs: October 13, 2025
- Deadline for summary judgment responding briefs: November 12, 2025
- Deadline for summary judgment reply briefs: December 1, 2025

(Doc. 305.)

The Court then ordered four adjustments. In February and May 2025, the Court granted in part and denied in part two unopposed motions Plaintiffs filed. It first extended all deadlines by 90 days. (Doc. 310, text entry.) It then granted a "30-day extension of all unexpired deadlines in the scheduling order." (Doc. 313 at 3.) After counsel for Plaintiffs and counsel for some Defendants reached an agreement in principle for resolution of the litigation, the Court granted Plaintiffs' motion for extension, extending unexpired case deadlines by 30 days. (*See* Doc. 321, text entry.) In total, these orders extended deadlines by 150 days.

2

Then, in August 2025, the Attorney General asked the Court "to clarify or otherwise order that Defendants' expert disclosures are due October 28, 2025," giving "Defendants three months to review and respond to Plaintiffs' expert reports, rather than the two-month period originally envisioned by the Court's schedule in November 2024." (Doc. 324 at 4.)  The Court granted that request.  (Doc. 325, text entry.)

### III. Request

The Parties jointly ask the Court to confirm their understanding that the upcoming post-discovery motion deadlines are now approximately 180 days after the deadlines contained in the Court's November 2024 scheduling order (Doc. 305) as specified in the Introduction to this motion.  The Court's text-entry order in August 2025 clarified that Defendants had 90 days to review and respond to Plaintiffs' expert reports disclosed on July 30, rather than the 60 originally envisioned by the scheduling order.  (*See* Doc. 325, text entry.)  This clarification allowed a longer period of expert discovery, and as a result, the Parties infer that post-discovery motion deadlines are also extended.  Rather than rely on an inference, however, the Parties respectfully request that the Court specify the upcoming post-discovery motion deadlines as stated in the Introduction to this motion and as reflected in the appended proposed order.

RESPECTFULLY SUBMITTED this 21st day of January, 2026.

| | |
|---|---|
| By: */s/ Joshua G. Nomkin*<br>Hayleigh S. Crawford<br>Joshua M. Whitaker<br>Kathryn E. Boughton<br>Joshua G. Nomkin<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004-1592<br>(602) 542-3333<br>Hayleigh.Crawford@azag.gov<br>Joshua.Whitaker@azag.gov<br>Kathryn.Boughton@azag.gov<br>Joshua.Nomkin@azag.gov<br>ACL@azag.gov<br><br>*Attorneys for Defendant Attorney General Kristin K. Mayes*<br><br>By: */s/ Thomas Basile* (with permission)<br>Kory Langhofer<br>Thomas Basile<br>STATECRAFT PLLC<br>649 North Fourth Avenue, First Floor<br>Phoenix, Arizona 85003<br>(602) 382-4078<br>kory@statecraftlaw.com<br>tom@statecraftlaw.com<br><br>Tyler Green<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tyler@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>*Attorneys for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee* | By: */s/ Lee H. Rubin* (with permission)<br>Lee H. Rubin (Admitted PHV)<br>**MAYER BROWN LLP**<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>(650) 331-2000<br>lrubin@mayerbrown.com<br><br>Daniel T. Fenske (Admitted PHV)<br>**MAYER BROWN LLP**<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>dfenske@mayerbrown.com<br><br>Rachel J. Lamorte (Admitted PHV)<br>**MAYER BROWN LLP**<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 362-3000<br>rlamorte@mayerbrown.com<br><br>Lauren Elliott Stine (AZ #025083)<br>Coree E. Neumeyer (AZ# 025787)<br>**QUARLES & BRADY LLP**<br>One Renaissance Square<br>Two N. Central Ave., Suite 600<br>Phoenix, AZ 85004-2391<br>(602) 229-5200<br>Lauren.Stine@quarles.com<br>Coree.Neumeyer@quarles.com<br><br>Courtney Hostetler (Admitted PHV)<br>John Bonifaz (Admitted PHV)<br>Ben Clements (Admitted PHV)<br>**FREE SPEECH FOR PEOPLE**<br>48 N. Pleasant St, Suite 304<br>Amherst, MA 01002<br>(617) 249-3015<br>chostetler@freespeechforpeople.org<br>jbonifaz@freespeechforpeople.org<br>bclements@freespeechforpeople.org<br>*Attorneys for Plaintiffs* |