**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Mi Familia Vota; et al.,

Plaintiffs,

v.

Adrian Fontes, in his official capacity as Arizona Secretary of State; et al.,

Defendants,

and

RNC and NRSC,

Defendant-Intervenors.

No. 2:21-cv-01423-DWL

**[PROPOSED] ORDER EXCLUDING PARTS OF EXPERT TESTIMONY – DEAN FRANITA TOLSON**

Having considered the Attorney General's Motion to Exclude Parts of Expert Testimony – Dean Franita Tolson, J.D., the Court orders the following expert opinions excluded:

- Opinions that rely on Arizona territorial history
- Opinions that opine on legislative intent
- Opinions that rely on the colorblind targeting method