**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Joshua G. Nomkin (No. 039213)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Joshua.Nomkin@azag.gov
ACL@azag.gov

*Attorneys for Defendant*
*Attorney General Kristin K. Mayes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; et al.,<br><br>Defendants,<br><br>and<br><br>RNC and NRSC,<br><br>Defendant-Intervenors. | No. 2:21-cv-01423-DWL<br><br>**ATTORNEY GENERAL'S STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Arizona Attorney General Kristin K. Mayes submits the following statement of facts in support of her Motion for Summary Judgment.

1. Attached as **Exhibit 1** is the Declaration of Joshua Nomkin. This Declaration serves as a table of contents.

**S.B. 1485**

2. On May 11, 2021, the Arizona Legislature passed S.B. 1485, and the Governor approved it that day. *See* **Ex. 2** at 1073.

3. Senator Ugenti-Rita sponsored S.B. 1485. **Ex. 2** at 1073.

4. S.B. 1485 does not expressly classify on the basis of race, ethnicity, or national origin. *See generally* **Ex. 3**.

5. S.B. 1485 changed the Permanent Early Voting List to the Active Early Voting List. *See* **Ex. 3 § 6** (amending A.R.S. § 16-544).

6. The 2025 Elections Procedures Manual states: ". . . Because the 2022 election cycle began before A.R.S. § 16-544(L) took effect and the law does not apply retroactively, the first two full election cycles after A.R.S. § 16-544(L)'s effective date are the 2024 and 2026 election cycles. Therefore, the first AEVL removal notices must be sent out by January 15, 2027 to AEVL voters who vote by early ballot in zero eligible elections in the 2024 and 2026 election cycles. . . ." *See* **Ex. 4** at 67 n.4.

7. The 2026 election cycle is not complete. For example, the general election will be November 3, 2026. *See* **Ex. 4** at 319 (showing Election Calendar 2025-2026).

8. Maricopa County Elections Department's "Election Day & Emergency Voting Plan" for the November 3, 2020, General Election budgeted $4,956,374 for "Early Ballot Printing and processing and Mailing." **Ex. 5** at 51.

9. In 2021, the Attorney General "submitted judicially noticeable materials establishing that the cost of mailing each early ballot is $2 to $3." (Doc. 154 at 40.)

10. In 2021, the Attorney General "made an undisputed and judicially noticeable showing that '[a] full thirty states have no [Early Voting List] for anyone.'" (Doc. 154 at 39 (quoting Doc. 76 at 18).)

**SEQUENCE OF EVENTS LEADING UP TO S.B. 1485 AND LEGISLATIVE HISTORY**

**I. Precursor to S.B. 1485 in 2019.**

11. In 2019, Senator Ugenti-Rita sponsored S.B. 1188. *See* **Ex. 9**; **Ex. 10** at 735–36.

12. S.B. 1188 passed the Senate but was held in the House. *See* **Ex. 10** at 735–36.

13. The Arizona Senate Judiciary Committee considered S.B. 1188 on February 7, 2019. A recording of that hearing is available at https://www.azleg.gov/videoplayer/?eventID=2019021361.

14. During the February 7, 2019 hearing, Senator Ugenti-Rita stated that "I think we all benefit from updated, clean lists, and that's the motivation and the goal this morning." *Id.* at 16:20-17:10.

15. During the February 7, 2019 hearing, Senator Ugenti-Rita stated that "conventional wisdom would tell you unless you're maintenancing [sic] this in kind of in a robust way, it's probably not one hundred percent accurate" and the bill "would probably go to accomplishing the goal of making sure we have clean, current, up-to-date … PEVL roll." *Id.* at 20:20-20:50.

16. During the February 7, 2019 hearing, Senator Leach stated that he heard concerns about how counties' administration of the Permanent Early Voting List can be costly and noted that the bill "would actually reduce costs to the county." *Id.* at 26:30-26:55.

**II. Allegations of illegal voting and integrity issues related to mail-in voting before S.B. 1485 passed in May 2021.**

17. Exhibit A to Mr. Todd Lawson's declaration contains a list titled "Prosecutions Related to Illegal Voting by Individuals Since 2010." **Ex. 11** at 6.

18. When the Legislature was considering S.B. 1485, the Attorney General's website contained a document listing prosecutions related to illegal voting. *See* **Ex. 11** ¶¶ 5–11.

19. Between 2011 and 2020, the Attorney General's Office prosecuted 24 cases involving allegations of illegal voting in which an individual voted in two states for one election. **Ex. 11** ¶ 12.

20. All 24 cases involved a mail-in ballot in one state's election, and most involved mail-in ballots in both states' elections. **Ex. 11** ¶ 13.

21. Voting twice in a single election in multiple states is more likely to involve voting by mail. *See* **Ex. 11** ¶ 14.

22. After the November 2020 election, Senate President Karen Fann sent Arizona Attorney General Mark Brnovich a letter titled "Report Concerning the Maricopa County Forensic Election Audit." *See* **Ex. 12**.

23. On December 14, 2020, the Arizona Senate Judiciary Committee held a hearing. A recording of the Committee's hearing is available at https://www.azleg.gov/videoplayer/?eventID=2020121039.

24. During the December 14, 2020 hearing, Senator Farnsworth stated that the hearing was intended to "come closer to the truth and understanding of whether this election had problems or did not have problems." *Id.* at 4:34-4:41.

25. Representatives from the Maricopa County Board of Supervisors and the Arizona Attorney General's Office testified during the December 14, 2020 hearing. *See, e.g.*, *id.* at 4:54-5:07 (Statement of Sen. Farnsworth describing meeting agenda).

26. During the December 14, 2020 hearing, Senator Farnsworth asked an Assistant Attorney General about reforming the Permanent Early Voting List because of complaints that "if people move or if kids move out of state and the[ ] parents continue to get those ballots, those are easily voted. I know there was at least one case where there was an allegation of that." *Id.* at 5:20:02-20:16.

27. During the December 14, 2020 hearing, the Assistant Attorney General said that "there is a process in the statutes that is supposed to remove people who at least were reported to Arizona Department of Health Services as being deceased. This may or may not include people that died in another state … so that … maybe needs to see some improvements in the statutes and legislation." *Id.* at 5:22:00-22:21.

28. During the December 14, 2020 hearing, the Assistant Attorney General said, "I think that it is imperative that we have clean rolls. A lot of the allegations that we have

related to illegal voting are for people that … maybe have moved out of state, or … again, … deceased voters. So we want clean rolls," and she "would encourage the Legislature to look at best practices in other states." *Id.* at 5:21:49-23:03.

29. During the December 14, 2020 hearing, the Assistant Attorney General said that, "I can say we received dozens of complaints from family members who received ballots for people who either no longer live at their address or people … the previous residents at their address. … [W]e also received dozens of complaints of ballots mailed to people who no longer live at the address that was listed." *Id.* at 5:34:16-34:43.

30. During the December 14, 2020 hearing, Senator Farnsworth told the Assistant Attorney General that it "sounds to me like you" agreed in "kind of a roundabout way," that Senator Ugenti-Rita's previously proposed amendments to the Permanent Early Voting List would be good policy. He also said, "we'll take that as a yes unless you want to dispute that." *Id.* at 5:23:24-23:38.

31. During the December 14, 2020 hearing, the Assistant Attorney General told the committee about a complaint regarding "a list of names of individuals" that complainants believed "have unlawfully or illegally voted in this last election." *Id.* at 5:45:00-45:14. The Assistant Attorney General stated, "there were … lots of names on this list, and … some of them are alleged to have specifically voted in this election, some were just alleged to have received ballots even though they were … allegedly deceased." *Id.* at 5:45:50-46:05.

**III. Legislative and Governor statements about S.B. 1485.**

32. On February 23, 2021, the Senate Appropriations Committee considered S.B. 1485. A recording of that hearing is available at https://www.azleg.gov/videoplayer/?eventID=2021021139&startStreamAt=18398.

33. During the February 23, 2021 hearing, Senator Ugenti-Rita said S.B. 1485 "is a responsible and sensible way to address our permanent early voting list and make sure that those that are on it are truly those participating in the system. … [W]e don't need to be sending out ballots to individuals who are either not living here anymore, you know,

out-of-jurisdiction, or sadly, deceased. And this is a tool to make sure … that our lists are up-to-date, and … reflective of those voting in the system." *Id.* at 5:08:27-09:06.

34. During the February 23, 2021 hearing, Senator Ugenti-Rita said she was "familiar with an example of a ballot that has been sent to a registered voter who has been deceased for 10 years, and they just were sent their primary and general election mail-in ballot." *Id.* at 5:12:48-13:27.

35. During the February 23, 2021 hearing, Senator Ugenti-Rita said that removals from the Early Voting List are "not happening enough to alleviate concern that there are ballots being sent to deceased people." *Id.* at 5:15:24-15:31.

36. During the February 23, 2021 hearing, Senator Ugenti-Rita said S.B. 1485 would "reinforce[ ] voting by mail because you do want to make sure you have a process that people are confident in." *Id.* at 5:17:19-17:25.

37. During the February 23, 2021 hearing, Senator Gowan said, "the issue here is if we're talking about costs, we're talking about mailing. And that costs a lot of money to mail, and for people not to be involved." *Id.* at 5:31:09-31:18.

38. The Senate considered S.B. 1485 on March 2, 2021. A video of those proceedings is available at https://www.azleg.gov/videoplayer/?eventID=2021031024&startStreamAt=2188.

39. During the March 2, 2021 hearing, Senator Mesnard said that his "motive" for voting for S.B. 1485 was to save "cost to the taxpayers" and "not wanting ballots to just be sent out when apparently there's no one on the other end who is interested in receiving it." *Id.* at 3:28:00-28:09.

40. The House Committee on Government and Elections considered S.B. 1485 on March 10, 2021. A video of those proceedings is available at https://www.azleg.gov/videoplayer/?eventID=2021031050&startStreamAt=4069.

41. During the March 10, 2021 hearing, Representative Kavanagh said, "to the extent that this saves money and reduces voter fraud … I think it's a step in the right direction for honest voting and … helps prevent voter suppression because if somebody votes

illegally and votes the opposite of what I, a legal voter did, my vote has just been canceled." *Id.* at 1:17:25-17:50.

42. During the March 10, 2021 hearing, Representative Kavanagh said S.B. 1485 "is about saving the taxpayers' money by not mailing out ballots to people who aren't there. And this is about reducing the opportunity for voter fraud by not having empty, unfilled ballots floating around that people could pick up and then send in under somebody else's name." *Id.* at 1:34:45-35:04.

43. During the March 10, 2021 hearing, Representative Roberts said, "I think this is just largely a housekeeping bill. … [W]e're removing people that are no longer participating in the election process or have moved or for various reasons are not voting in the elections … with the very enormous … percentage of our population that is clamoring for this type of housekeeping, this is a great bill." *Id.* at 1:27:33-28:05.

44. The House considered S.B. 1485 on April 20, 2021. A video of those proceedings is available at https://www.azleg.gov/videoplayer/?eventID=2021041051&startStreamAt=889.

45. During the April 20, 2021 hearing, Representative Bolick stated that, "States and locals are charged with utilizing these modern tools that we have out here and using best practices to keep the voter rolls clean and accurate." *Id.* at 2:18:09-18:24.

46. During the April 20, 2021 hearing, Representative Finchem gave what he called a "real life story" that he believed illustrated "that ballots go to people who no longer live at certain addresses." *Id.* at 2:26:23-27:11.

47. During the April 20, 2021 hearing, Representative Hoffman compared S.B. 1485 to other states' laws, saying, in "California, if you fail to vote in four consecutive elections, you are automatically removed. Not you are sent a notice as this bill does. You are automatically removed. In Hawaii, if you don't vote in two consecutive elections, you are unregistered from the voter rolls. In Nevada, you must request a ballot every single election to vote by mail." *Id.* at 2:35:31-36:01.

48. The Senate considered S.B. 1485 on April 22, 2021. A video of those proceedings is available at https://www.azleg.gov/videoplayer/?eventID=2021041061&startStreamAt=6410.

49. During the April 22, 2021 hearing, Senator Townsend stated that, "I am for this bill," *id.* at 1:58:45-58:57, and that she had a "multitude of emails" from Arizonans upset about elections, *id.* at 1:59:15-59:29.

50. During the April 22, 2021 hearing, Senator Townsend voted against S.B. 1485, explaining that she had "given my commitment to my constituents that we will fix all election integrity [issues], not just this issue." *Id.* at 2:02:16-02:25.

51. The Senate considered S.B. 1485 on May 11, 2021. A video of those proceedings is available at https://www.azleg.gov/videoplayer/?eventID=2021051016.

52. During the May 11, 2021 hearing, Senator Townsend explained she was voting in favor of S.B. 1485 because she had "been reassured … we are now looking at other issues" related to elections. *Id.* at 1:11:10-11:18.

53. During the May 11, 2021 hearing, Senator Townsend also stated that S.B. 1485 is "about restoring confidence for everyone who casts a ballot," that "I … have heard from many people … asking me to support this bill," and that constituents had expressed "great doubt" in the Permanent Early Voting List. *Id.* at 1:08:48-09:20.

54. Governor Ducey's S.B. 1485 signing letter explained that "SB 1485 is a measure that ensures our voting lists remain verified and accurate, will free up resources for local election officials, and strengthen trust among many citizens in our election system." **Ex. 13** at 2.

**IV. Allegations of illegal voting after S.B. 1485 passed in 2021.**

55. The Senate held a "Presentation of the Maricopa County Election Audit" on September 24, 2021. A recording of that presentation is available at https://www.azleg.gov/videoplayer/?eventID=2021091005.

56. On September 24, 2021 Senator Fann forwarded the audit's "reports" to the Attorney General's Office for its "consideration" and "further investigation." **Ex. 12** at 2.

57. After investigating, the Attorney General's Office's Special Investigations Section issued a report summarizing "critical allegations, investigative activities completed by agents and the findings of each investigation." **Ex. 14** at 1.

58. The Special Investigations Section's report stated that an allegation that "23,344 voters illegally voted via mail-in ballot even though they moved away before the October 5th cut-off" was unfounded. **Ex. 14** at 19–20.

59. The Special Investigations Section's report stated that an allegation that "282 dead people voted by mail" was unfounded. *See* **Ex. 14** at 21–22.

60. In 2021 and 2022, the Arizona Attorney General's Office prosecuted six cases in which a voter was alleged to have cast a mail-in ballot issued to a deceased individual. *See* **Ex. 11** ¶ 15.

61. In 2022, the Arizona Attorney General's Office prosecuted one case in which a voter cast his own ballot and also cast a mail-in ballot issued to his son, without his son's knowledge or permission while his son was living out-of-state. *See* **Ex. 11** ¶ 18.

**<u>PROCEDURES RELATING TO S.B. 1485'S PASSAGE</u>**

62. During the 2021 legislative session, Senator Ugenti-Rita introduced S.B. 1069. **Ex. 2** at 985; **Ex. 15**.

63. S.B. 1069 failed during the Senate's Third Reading. *See* **Ex. 2** at 985.

64. Senator Ugenti-Rita proposed a strike-everything amendment to S.B. 1485. *See* **Ex. 16**.

65. The Legislature adopted 128 strike-everything amendments in 2021. *See* https://apps.azleg.gov/BillStatus/StrikeEverything, filter for "2021 - Fifty-fifth Legislature - First Regular Session."

66. The House amended S.B. 1485. *See* **Ex. 17**.

**IMPACT OF S.B. 1485**

67. Dr. Herron set out to analyze, among other things, whether and how "burdens placed on registered voters" by S.B. 1485, "to the extent they exist," vary "across different racial and ethnic groups of eligible voters in Arizona." **Ex. 18** at ¶ 3 (pgs. 6–7).

68. Dr. Herron used the term "vulnerable to list removal" to describe a situation where a voter on the Active Early Voting List does "not vot[e] an early ballot over two consecutive elections cycles," which "sets in motion the process for removing [the voter] from this list," and this process "will culminate" if the voter "does not respond to a written notice from elections officials." **Ex. 18** at ¶ 3 n.2 (pg. 7); *see also* **Ex. 23** at 154:23–155:4 (similar deposition testimony).

69. Dr. Herron opines, among other things, that voters on the Active Early Voting List who belong to certain racial or ethnic groups will be statistically more "vulnerable" to list removal under S.B. 1485 than voters who belong to other racial or ethnic groups. *E.g.*, **Ex. 18** at ¶¶ 5–11 (pgs. 11–14); *see also* **Ex. 23** at 155:17-21 (similar deposition testimony).

70. Dr. Herron used data about voter behavior, such as which voters cast early ballots, from elections in 2022 and earlier. *E.g.*, **Ex. 18** at ¶¶ 5–9 (pgs. 11–13).

71. Dr. Herron did not use similar data about voter behavior from elections in 2024 and 2026, and such data was not available to him when he conducted his analysis. *See, e.g.*, **Ex. 23** at 156:20–163:9.

72. Dr. Herron acknowledges that it is "impossible" to "know what will happen in an election that has not yet occurred." **Ex. 23** at 161:21-24.

73. Dr. Herron acknowledges that it is "possible," for example, for a voter to be especially motivated by events in President Trump's second term and, for that reason, vote an early ballot in 2026 despite not having done so in the past. **Ex. 23** at 160:3-24.

74. Dr. Herron acknowledges that his reports "don't describe any voter behavior in 2024." **Ex. 23** at 163:4-5.

75. Dr. Herron does not opine that the majority of voters of any particular racial or ethnic group will be "vulnerable" to removal from the Active Early Voting List. *See generally* **Ex. 18**; **Ex. 20**; **Ex. 22**.

76. Dr. Herron did not review the legislative history of S.B. 1485. **Ex. 23** at 35:25–36:2.

77. Dr. Herron's reports do not take positions on what the Legislature did or did not believe when enacting S.B. 1485. **Ex. 23** at 36:21–37:12.

78. Dr. Herron's reports do not contain opinions on the Legislature's intent in enacting S.B. 1485. **Ex. 23** at 36:6-13.

79. Unlike in some states, Arizona's voter files do not show voters' race or ethnicity. **Ex. 23** at 85:6-11.

80. Dr. Grimmer identifies what he views as flaws in Dr. Herron's opinions. *See generally* **Ex. 19**; **Ex. 21**.

RESPECTFULLY SUBMITTED this 15 day of April, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: <u>*/s/Joshua G. Nomkin*</u>

Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn E. Boughton
Joshua G. Nomkin
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone: (602) 542-3333